# United States Court of Appeals for the Federal Circuit

---

**JASON LAMBRO, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-2249

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01447-ZNS, Judge Zachary N. Somers.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

January 22, 2024
Date

Jarrett B. Perlow
Clerk of Court